**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| Danny Knighten | ) | CASE NO. 21-81428-CRJ-13 |
| Tammy Knighten | ) | |
| SSN: XXX-XX-0575 | ) | |
| XXX-XX-1887 | ) | CHAPTER 13 |
| DEBTORS | ) | |

**TRUSTEE'S RESPONSE TO DEBTORS'**
**MOTION TO MODIFY PLAN AFTER CONFIRMATION**

COMES NOW, Michele T. Hatcher, the Chapter 13 Trustee in the above styled case, and requests to be heard on the Motion to Modify Plan After Confirmation, filed by the Debtors on May 31, 2023. Doc 90. As grounds therefore the Trustee would show unto this Court as follows:

1. The Trustee requests the matter be set for a hearing in order for the Trustee to review and make a recommendation to the Court.

WHEREFORE, The Trustee requests the matter be set for a hearing.

RESPECTFULLY SUBMITTED, this 2nd day of June, 2023.

/s/ Michele T. Hatcher
Michele T. Hatcher
Chapter 13 Trustee
P.O. Box 2388
Decatur, AL 35602
(256) 350-0442

<u>CERTIFICATE OF SERVICE</u>

      I hereby certify that on  June 2, 2023, I have served a copy or the foregoing on the parties listed below by depositing the same in the United States Mail, postage prepaid and properly addressed, or if the party being served is a registered participant in the CM/ECF System for the United States Bankruptcy Court for the Northern District of Alabama, service has been made by a "Notice of Electronic Filing" pursuant to FRBP 9036 in accordance with subparagraph II.B.4 of the Court's Administrative Procedures.


Danny and Tammy Knighten
2040 Fussell Street
Town Creek, AL. 35672

Melissa W. Mitchell
Debtors' Attorney
521 Madison Street, Ste. 201
Huntsville, AL. 35801
(Served electronically)

William M . Hancock
Creditor's attorney, First Southern Financial
Wolfe, Jones, Wolfe, Hancock, Daniel & South, LLC
905 Bob Wallace Avenue
Huntsville, AL. 35801
(Served electronically)

First Southern Financial
Attn: Cortney Bradford
PO Box 807
Moulton, AL. 35650

                                  /s/ Michele T. Hatcher_
                                  Trustee


3-25-2015