21-81428-CRJ13
1

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ALABAMA - NORTHERN DIVISION**

**In the Matter of:**

| | |
|---|---|
| Danny D Knighten } | **Case No: 21-81428-CRJ13** |
| SSN: XXX-XX-0575 } | |
| Tammy L Knighten } | |
| SSN: XXX-XX-1887 } | |
| DEBTOR(S). } | |

**ORDER**

This matter came before the Court on Monday, April 15, 2024 10:00 AM, for a hearing on the following:

    RE: Doc #112; Trustee's Motion to Dismiss Case for Failure to Make Plan Payments

Proper notice of the hearing was given and appearances were made by the following:

    Melissa Mitchell, attorney for Danny D Knighten (Debtor)
    Melissa Mitchell, attorney for Tammy L Knighten (Joint Debtor)
    Michele T. Hatcher (Trustee)

**It is therefore ORDERED, ADJUDGED and DECREED that:**

    The Trustee's Motion to Dismiss Case is APPROVED effective at the close of business on April 23, 2024 unless the Debtors convert to a Chapter 7 case prior to that date.

Dated: 04/15/2024

/s/ CLIFTON R. JESSUP JR.
CLIFTON R. JESSUP JR.
United States Bankruptcy Judge